UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                                              Case No:    07-53944
MICHAEL ALLEN SCHMIDLIN
KIMBERLY SUE SCHMIDLIN                              Judge:      C KATHRYN PRESTON
118 IMPERIAL RD SW
PATASKALA, OH  43062


SSN(S):     XXX-XX-3189
            XXX-XX-6247


**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.


Dated:   October 27, 2010                /s/ Frank M. Pees
                                         Frank M. Pees
                                         Chapter 13 Trustee


| **Name and Address** | **Amount** |
|---|---|
| KRYSTAL FORCHE & GOLDMAN<br>% 1ST AMERICAN CREDIT SOLUTION<br>PO BOX 520<br>HILLIARD, OH  430260520 | 1.81 |